UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALFRED J. BELNIAK,
doing business as
Hammerhead Construction,

      Plaintiff,

v.                                               Case No. 8:07-cv-32-T-24TGW

MODERN DAY CONSTRUCTION, INC.
MARC DELAPE, PAR CUSTOM
DRAFTING, INC., PHILLIP ROUSH,
MICHAEL CIANCIMINO, HELAINE
CIANCIMINO,

      Defendants.
_____/

## ORDER

      This cause comes before the Court on Plaintiff's Motion to Consolidate this case with *Alfred J. Belniak d/b/a Hammerhead Construction v. Modern Day Construction, Inc., Marc Delape, PAR Custom Drafting, Inc., Phillip Roush, Louis Vastano, and Barbara Vastano*, 8:07-cv-256-T-24-MSS, a case which was transferred to the undersigned pursuant to Local Rule 1.04(b).  (Doc. No. 34.)  Defendants Modern Day Construction, Inc. and Marc Delape have filed a response in opposition to the Motion.  (Doc. No. 36.)  Defendants PAR Custom Drafting, Inc., Phillip Roush, Michael Ciancimino, Helaine Ciancimino, Lois Vastano, and Barbara Vastano do not oppose consolidation.

      Plaintiff brought the instant action alleging copyright infringement of Plaintiff's architectural plans entitled "The Abbey" against homeowners Michael and Helaine Ciancimino, Modern Day Construction, Inc., the contractor, Marc Delape, an alleged shareholder of Modern

Day Construction, Inc., PAR Custom Drafting, Inc., the entity alleged to have drafted the blueprints for the Ciancimino's home at issue in the suit, and Phillip Roush, an alleged principal and/or shareholder of PAR Custom Drafting, Inc. In the related action, 8:07-cv-256-T-24-MSS, Plaintiff has sued for copyright infringement of "The Abbey" plans against different homeowners, Louis and Barbara Vastano, as well as Modern Day Construction, Inc., Marc Delape, PAR Custom Drafting, Inc., and Phillip Roush.

Plaintiff argues that consolidation under Rule 42(a) is appropriate because both cases involve infringement of Plaintiff's copyrights to "The Abbey" and involve several of the same defendants.[1] In both cases, Plaintiff alleges that Defendants caused the copyrighted architectural drawings to be copied and used in the construction of a residential dwelling. Defendants Modern Day Construction, Inc. and Marc Delape oppose consolidation because the facts surrounding the alleged infringement in the two cases are different and consolidation will result in jury confusion and undue prejudice to Defendants.

The Court declines to consolidate the cases at this time. The Court has reviewed the Complaints in each case and concludes that they involve some common questions of law and fact, as they both are based on the alleged infringement of "The Abbey" copyright by many of the same defendants. However, at this early stage of litigation, the Court is unable to determine whether the alleged circumstances precipitating the infringement in each case is similar enough to warrant consolidation. Furthermore, the Court is not convinced that consolidation will not result in jury confusion and prejudice to Defendants. If, after substantial discovery is conducted

---

[1] Plaintiff requests that the earlier case, 8:07-cv-32-T-24TGW, be consolidated with the later case, 8:07-cv-256-T-24-MSS, because the case management deadlines set in the later case would better accommodate Plaintiff's counsel maternity schedule. The Court declines to consolidate at this time; however, the Court will consider extending the case management deadlines set in 8:07-cv-32-T-24TGW upon a proper motion filed by Plaintiff.

in these matters, it appears that consolidation is proper and will avoid unnecessary costs and delay, the Court will reconsider consolidating these cases at that time.

Having considered the Motion and response, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Consolidate (Doc. No. 34) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at Tampa, Florida, this 8th day of June, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record